JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDY ZAPETE, an individual, | |
| Plaintiff, | NO. ED 09-CV-1808-JLQ |
| vs. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al., | **ORDER OF DISMISSAL** |
| Defendants. | |

    An in-person scheduling conference was held in the above-entitled matter on March 18, 2010. Adriana E. Dominguez appeared on behalf of Plaintiff. Sean Muntz appeared on behalf of the only remaining Defendant, Mortgage Electronic Registration Systems ("MERS"). On March 1, 2010, MERS filed a Motion to Dismiss. Plaintiff did not oppose the motion. CAED Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Plaintiff's counsel confirmed at the scheduling conference that Plaintiff was conceding the case.

    **ACCORDINGLY, IT IS HEREBY ORDERED**: Defendant MERS' Motion to Dismiss (Ct. Rec. 27) is **GRANTED**. The Complaint and the claims therein asserted by the Plaintiff against Defendant MERS are **DISMISSED** with prejudice and without the award of costs. As there are no claims remaining, the Clerk of the Court shall enter this Order, enter judgment of dismissal with prejudice as provided herein, forward copies to counsel for all parties (including Ms. Dominguez), and **CLOSE THE FILE**.

    Dated March 18, 2008.

                      s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1

ORDER - 2